[No. 35295.     Department Two.     January 12, 1961.]

*In the Matter of the Application for a Writ of Habeas Corpus of*
BIDDY MACK WIGHAM, *Petitioner*, v. B. J. RHAY, *as*
*Superintendent of the State Penitentiary,*
*Respondent.*[1]

*Warner, Pierce & Peden (B. Gray Warner,* of counsel), for petitioner.

*The Attorney General* and *Rembert Ryals, Assistant,* for respondent.

PER CURIAM.—Upon the authority of *In re Wakefield v. Rhay, ante* p. 168, 356 P. (2d) 596 and *In re Aichele v. Rhay, ante* p. 178, 356 P. (2d) 326, the writ of *habeas corpus* herein is granted; the judgment of conviction is vacated; and the petitioner is remanded to King County for a rearraignment and further proceedings not inconsistent with the opinions in the *Wakefield, supra,* and *Aichele, supra,* cases.

[1]Reported in 358 P. (2d) 316.